UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENVIRONMENTAL ENERGY SERVICES, INC., | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:08CV1237 (RNC) |
| COALOGIX, INC. AND WILLIAM MCMAHON, | : |
| Defendants. | : |

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before May 5, 2010.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 5, 2010.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this ___ day of April 2010.

/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny
United States District Judge