UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENVIRONMENTAL ENERGY SERVICES, INC., <br>     Plaintiff, <br><br> v. <br><br> COALOGIX, INC. and WILLIAM MCMAHON, <br>     Defendants. | : CIVIL NO.: 3:08-cv-01237 (RNC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : May 13, 2010 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Environmental Energy Services, Inc. and defendants CoaLogix, Inc. and William McMahon, by and through their respective undersigned counsel, hereby stipulate and agree that this action is hereby dismissed with prejudice and without costs to any party.

1440118v1

Respectfully submitted,

**PLAINTIFF
ENVIRONMENTAL ENERGY
SERVICES, INC.**


/s/Eric Lubochinski
Shari M. Goodstein, Esq.
Fed. Bar No. ct 17622
Phone:  203-324-8161
Sgoodstein@goodwin.com
Eric Lubochinski, Esq.
Fed. Bar No. ct25842
Phone:  203-324-8154
elubochinski@goodwin.com
Shipman & Goodwin LLP
300 Atlantic Street, 3rd Floor
Stamford, CT 06901
Fax:  203-324-8199


**DEFENDANTS
COALOGIX, INC. and WILLIAM
McMAHON**


/s/John G. Stretton
John G. Stretton (CT19902)
jstretton@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE, LLP
301 Tresser Blvd.
Stamford, CT  06901
Tele: 203-353-6844
Fax:  800-232-0862

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of May 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/Eric Lubochinski
                                            Eric Lubochinski

1440118v1